## FIDELITY & CASUALTY CO. OF NEW YORK v. REYNOLDS.

### No. 3497.

Court of Civil Appeals of Texas. El Paso.

Feb. 4, 1937.

Daniel & Edwards, of Victoria, for appellant.

Cullen B. Vance, of Edna, and Russel A. Bonham, of Houston, for appellee.

HIGGINS, Justice.

Due notice of the submission of this case was given to counsel, but no briefs have been filed by the appellant or appellee. The court, therefore, sua sponte, dismisses this appeal. Haynes v. J. M. Radford Grocery Co., 118 Tex. 277, 14 S.W.(2d) 811.